UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK JEROME ALLEN (#295151)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 11-212-BAJ-SCR

## RULING AND ORDER OF DISMISSAL

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Steven C. Riedlinger dated June 6, 2012 (doc. no. 13), to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, petitioner's application for habeas corpus relief is dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244 (d).

Baton Rouge, Louisiana, this 30TH day of June, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA